# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DANIEL LEE MINGE | * | |
| v. | * | Civil No. – JFM-17-525 |
| UNNAMED PLATINIFF #1-5 AND BANK OF AMERICA, N.A. | * | |

******

## MEMORANDUM

Plaintiff has instituted this *pro se* action. Defendants have filed a motion to dismiss. The motion will be granted.

Plaintiff's claim is that his social security number should be removed from Bank of America's records. The Bank is required by the USA PATRIOT Act to verify the identity of any person seeking to open an account. It was entirely appropriate for the Bank to obtain plaintiff's social security number as part of its account opening process.

Plaintiff's argument concerning the untimeliness of defendants' response is without merit. In any event, there is no basis upon which this case can proceed since plaintiff has not stated a viable claim.

A separate order effecting the ruling made in this memorandum is being entered herewith.

Date: April 17, 2017

J. Frederick Motz
United States District Judge